# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

RUSSELL GAITHER,

    Plaintiff,

v.

STATE OF GEORGIA,

    Defendant.

CIVIL ACTION NO.: 6:19-cv-49

## O R D E R

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 34). Plaintiff did not file Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **VACATES** the Order granting Plaintiff *in forma pauperis*, doc. 10, **DISMISSES without prejudice** Plaintiff's Complaint under 28 U.S.C. § 1915(g), and **DENIES as moot** Plaintiff's pending Motions and requests for relief, docs. 4, 5, 20, 21, 22, 23, 24, 26, 27, 29, 31, 32. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 13th day of February, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA